UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CASE NUMBER: 4:11-CR-92-1BO

United States of America
    vs.                                          ORDER
Stephen Nichols

IT IS HEREBY ORDERED that the following Government Exhibit(s) be returned to Kent West, ATF and remain in his custody through the time of sentencing and any proceeding on appeal or review.

Govt's Exhibit(s): # 23 - Gun - Marling Model 917
Govt's Exhibit(s): # 25 - Gun - Savage 22 Rifle
Govt's Exhibit(s): # 26 - Gun -  Marlin .22 Rifle
Govt's Exhibit(s): # 28 - Gun - Ruger .270
Govt's Exhibit(s): # 29 - Gun - Mossberg Pump Shotgun
Govt's Exhibit(s): # 30 - Winchester Model 70 .243 caliber rifle

This 8 day of May, 2012 - Exhibit received by:

KENT WEST
Print name

[signature]
Sign name

May 8, 2012

[signature]
TERRENCE W. BOYLE, US District Judge